**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: May 1, 2024**

---

Hon. Catherine J. Furay
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

In re:

Emin Buzhunashvili and
Irene Gelfand

Case No. 24-10209-cjf
Chapter 13

Debtor.

## ORDER

Based on the creditor Seymour Badalov's ("Badalov") Motion and entire record and file herein,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Debtors shall produce the documents requested in Exhibit A to Badalov's Motion on or before May 17, 2024.
2. The request for an order for a Rule 2004 Examination is granted. Said examination should be conducted on May 31, 2024, at 10:00 AM at the offices of Krekeler Law, LLC, 26 Schroeder Court, Madison, WI 53711, or by video or at such other time and place as agreed to by the parties.
3. Badalov's counsel may subpoena all relevant documents.

###